IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 21–65 HSG |
| Plaintiff, | **ORDER RE: FLASH INCARCERATION** |
| v. | |
| ERIKA HEWITT, | |
| Defendant. | |

    Defendant Erika Hewitt is a voluntary participant in the Northern District of California's Alternatives to Incarceration Program ("ATIP"). As part of that program the Court has ordered as a sanction that Ms. Hewitt be subject to flash incarceration for one day. Consistent with the Court's directive, IT IS HEREBY ORDERED that Ms. Hewitt is directed to report to the Oakland United States Marshal Service by 9:00 a.m. on November 8, 2021 to serve her one-day term in custody at the United States Marshal lock-up. She is to be released from custody at close of business on November 8, 2021.

IT IS SO ORDERED.

11/5/2021
Dated

HAYWOOD S. GILLIAM, JR.
United States District Judge

ORDER
*HEWITT*, CR 21–65 HSG